■ In the Matter of the Accounting of ARNA BONTEMPS et al., as Executors of JAMES L. HUGHES, Also Known as LANGSTON HUGHES, Deceased. LINCOLN UNIVERSITY, Appellant; GEORGE H. BASS et al., Respondents. —Decree, Surrogate's Court, New York County, entered on December 23, 1976, unanimously affirmed on the opinion of Di Falco, S., without costs and without disbursements. Concur—Kupferman, J. P., Lupiano, Lane, Sandler and Sullivan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIGUEL CRUZ, Appellant.—Judgment, Supreme Court, New York County, rendered on August 4, 1976, unanimously affirmed. Application by appellant's counsel to withdraw is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Kupferman, J. P., Birns, Lane, Sandler and Sullivan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SPENCER THOMAS, Also Known as SPENCER SINGLETON, Appellant.—Judgment, Supreme Court, New York County, rendered on March 1, 1977, unanimously affirmed. Application by appellant's counsel to withdraw is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Lupiano, J. P., Silverman, Evans, Fein and Markewich, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID WHEELER, Appellant.—Judgment, Supreme Court, New York County, rendered on December 1, 1977, unanimously affirmed. Application by appellant's counsel to withdraw is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833). We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Lupiano, J. P., Silverman, Evans, Fein and Markewich, JJ.

■ RAND CONSTRUCTION COMPANY, INC., Respondent, v YESHIVA UNIVERSITY, Appellant, and UNITED STATES FIDELITY & GUARANTY COMPANY, Respondent. R. SALZSTEIN & CO., INC., Respondent, v RAND CONSTRUCTION COMPANY, INC., Appellant.—Judgment, Supreme Court, New York County, entered on October 11, 1977, unanimously affirmed for the reasons stated by Harvey, J., at Trial Term, without costs and without disbursements. Concur—Kupferman, J. P., Evans, Sandler, Lane and Markewich, JJ.

■ In the Matter of the DETECTIVES' ENDOWMENT ASSOCIATION OF THE POLICE DEPARTMENT OF THE CITY OF NEW YORK, INC., Appellant, v ARVID ANDERSON et al., Respondents, and CITY OF NEW YORK, Intervenor-Respondent.—Judgment, Supreme Court, New York County, entered on August 7, 1978, unanimously affirmed for the reasons stated by Hughes, J., at Special Term, without costs and without disbursements. Concur—Birns, J. P., Evans, Fein, Sullivan and Lupiano, JJ.